IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| iFIT INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 21-507 (RGA) |
| | ) |
| PELOTON INTERACTIVE, INC., | ) |
| | ) |
| Defendant. | ) |

## STIPULATION AND [PROPOSED] ORDER OF DISMISSAL

WHEREAS Plaintiff iFIT Inc. and Defendant Peloton Interactive, Inc. have entered into a Settlement Agreement dated May 15, 2022 (the "Agreement") to resolve this action;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties that, subject to the terms of the Agreement, and approval of the Court:

1) all claims and counterclaims asserted in this action are dismissed WITH PREJUDICE pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii);

2) each party is responsible for its own attorneys' fees and costs associated with this action; and

3) this Court shall retain jurisdiction over this matter with respect to disputes concerning the interpretation or enforcement of the Agreement.

| | |
|---|---|
| RICHARDS, LAYTON & FINGER, P.A. | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| */s/ Frederick L. Cottrell, III* | */s/ Michael J. Flynn* |
| Frederick L. Cottrell, III (#2555)<br>Christine D. Haynes (#4697)<br>Valerie A. Caras (#6608)<br>920 N. King Street<br>Wilmington, DE 19801<br>(302) 651-7700<br>cottrell@rlf.com<br>haynes@rlf.com<br>caras@rlf.com<br><br>*Attorneys for Plaintiff iFIT Inc.* | Jack B. Blumenfeld (#1014)<br>Michael J. Flynn (#5333)<br>Anthony D. Raucci (#5948)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>mflynn@morrisnichols.com<br>araucci@morrisnichols.com<br><br>*Attorneys for Defendant Peloton Interactive, Inc.* |

May 16, 2022

**IT IS SO ORDERED** this _____ day of _____, 2022.

_____
UNITED STATES DISTRICT JUDGE